No. 64833.—Kurt S. Adler, Inc. *v.* United States, protest 59/21090 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 64834.—Richard M. Ott & Sons, Inc. *v.* United States, protest 59/27154 (Boston).

Opinion by WILSON, J. The protest was dismissed.

No. 64835.—Norwegian Frozen Fish, Ltd. *v.* United States, protest 59/27501 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 64836.—Industrial Drug Supplies, Inc. *v.* United States, protest 59/28068 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 64837.—Air Clearance Association, Inc. *v.* United States, protest 59/33730 (New York).

Opinion by WILSON, J. The protest was dismissed.